# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIM WILSON, II
ADC #160256                                                    PLAINTIFF

v.                   No. 3:15-cv-109-DPM-JJV

GREENE COUNTY DETENTION CENTER;
GREENE COUNTY SHERIFF'S OFFICE;
GREENE COUNTY; CITY OF PARAGOULD,
ARKANSAS; DAKOTA HALL, Sergeant,
Greene County Corrections; and MARCAUS
KELLER, Corporal, Greene County Corrections          DEFENDANTS

## ORDER

Wilson requests an extension because he can't go to the law library—he's at a boot camp. № 19 at 1–2. He says he will be released in forty-nine days and can research and gather information for his lawsuit then. *Id.* at 2. Rather than granting this lengthy extension, the Court construes Wilson's motion as both an extension motion and an objection to the recommendation, giving Wilson the benefit of *de novo* review.

On *de novo* review, the Court adopts the recommendation, № 18, overrules Wilson's objections and denies his motion, № 19. FED. R. CIV. P. 72(b)(3). This accident didn't violate the Constitution; more time to research the applicable law isn't going to change things. Wilson's amended complaint

will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 August 2015