IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIM WILSON, II
ADC #160256                                                            PLAINTIFF

v.                           No. 3:15-cv-109-DPM

GREENE COUNTY DETENTION CENTER;
GREENE COUNTY SHERIFF'S OFFICE;
GREENE COUNTY; CITY OF PARAGOULD,
ARKANSAS; DAKOTA HALL, Sergeant,
Greene County Corrections; and MARCAUS
KELLER, Corporal, Greene County Corrections          DEFENDANTS

## JUDGMENT

Wilson's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2015